■ HONEYWELL INTERNATIONAL INC., Appellant, v ARC EN-
ERGY SERVICES, INC., Respondent, et al., Defendant. [55 NYS3d
658]—

Order, Supreme Court, New York County (Charles E. Ramos,
J.), entered July 8, 2016, which granted defendant ARC Energy
Services, Inc.'s (ARC) motion to dismiss the complaint as
against it on the ground of forum non conveniens, and order,
same court and Justice, entered December 27, 2016, which
upon granting leave to reargue, adhered to the July 8, 2016 de-
cision, unanimously reversed, on the law, with costs, and the
motion to dismiss denied.

Plaintiff and defendant ARC entered into a services agree-
ment which included an explicit choice of law and forum provi-
sion selecting New York law and New York courts. Supreme
Court erred in considering ARC's forum non conveniens argu-
ment.

"[W]here a party to a contract has agreed to submit to the ju-
risdiction of a court, that party is precluded from attacking the
court's jurisdiction on forum non conveniens grounds" (*Sterling
Natl. Bank v Eastern Shipping Worldwide, Inc.*, 35 AD3d 222,
223 [1st Dept 2006]; *see also National Union Fire Ins. Co. of
Pittsburgh, Pa. v Worley*, 257 AD2d 228, 232 [1st Dept 1999]).
Moreover, the services agreement satisfied the requirements of
New York General Obligations Law §§ 5-1401 and 5-1402, and
therefore, the court did not have discretion under CPLR 327
(b) to consider the forum non conveniens argument. Concur—
Sweeny, J.P., Mazzarelli, Webber, Kahn and Kern, JJ.